AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☑ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
)  Case No. 3:23-mj-00017
USPS Priority Mail Package )
bearing tracking number )
9505 5108 3248 3118 8292 40 )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ___Southern___ District of ___West Virginia___
*(identify the person or describe the property to be searched and give its location)*:
USPS Priority Mail Package bearing tracking number 9505 5108 3248 3118 8292 40

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
Controlled substances and/or proceeds of drug trafficking

YOU ARE COMMANDED to execute this warrant on or before ___May 16, 2023___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Cheryl A. Eifert, United States Magistrate Judge___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___May 2, 2023 @___   ___[signature]___
                                             *Judge's signature*

City and state: ___Huntington, West Virginia___   ___Cheryl A. Eifert, United States Magistrate Judge___
                                                   *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 3:23-mj-00017 | Date and time warrant executed: May 2, 2023 at 1340 hrs | Copy of warrant and inventory left with: USPIS |
| Inventory made in the presence of : Postal Inspector Holestine | | |

Inventory of the property taken and name(s) of any person(s) seized:

USPS Priority Mail parcel #9505 5108 3248 3118 8292 40 and the inner contents including:

- $7,000 in mixed denominations of US currency.
- An "Exploding Kittens" card game box that was used to conceal the US currency.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: May 3, 2023

*Executing officer's signature*

Eric Seth Johnson / USPIS Task Force Officer
*Printed name and title*